July 30th 07

3:07-CV-707-J-20TEM

FILED

Clerks Office

07 AUG -3 PM 4:41

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

To Whom it may Concern:

This letter is to Inform you of a ongoing situation that has been for a Number of days. an I will like to Inform this Court that, on July 30th approximately 1:00pm officer Joyner came to my cell while I was in K-Dorm 3206, with Alchocol on his breath along with another officer and made a threat to me then call me a feild Nigger. then told me that he will give me a Nigger meal whenever he works this wing. he then told me and my Roommate to cuff up. I Told officer Joyner I will cuff up but he has to call the L.T. to my cell first. after the L.T. came to the cell me and my Room-mate cuff up and our cell was a search. then after the cell search all the officers Left along with the L.T. then about Twenty minutes after they Left officer Joyner came back to my cell and Threaten me again. this Time he told me that I am a Rapiest and he will Personally do everything he can to keep me on C.M. and he will case me up everytime he gets a chance. Therefore I am asking someone from this Court to Please with all due-Respect to look into this matter because I am in fear for my life. I have also told L.T. Dukes that officer Joyner has Threaten me and he has done Nothing about this matter, I have also wrote an Informal Grievance about this matter, therefore I am writing this Court to Please have someone to look into this matter because I am in Fear for my life, and I am sceard to eat because officer Joyner said that he will give me a Nigger meal. so as of this day I Declear a hunger strike because I am In Fear for my life, Please look into this matter and I will like to call the camera as a wittness, and I have also contacted my family.

Thanking you in Advance

Desmond McKinney